# EXHIBIT "A"

204 05789
Ryan

# SUMMONS

Attorney(s) Russell Macnow Attorney At Law, LLC
Office Address 265 Route 34, Suite E
Town, State, Zip Code Colts Neck, NJ 07722

Telephone Number (732) 780-0040
Attorney(s) for Plaintiff

KEVIN SCHWEER and KIM
SCHWEER,
    Plaintiff(s)

vs.
SANDY ALUSINE, JB HUNT
TRANSPORT, et al,
    Defendant(s)

## Superior Court of New Jersey

Ocean County
Law Division
Docket No: OCN-L-1260-22

## CIVIL ACTION LITIGATION
## SUMMONS CLAIMS

JUL 1 5 2022

**RECEIVED**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/ Michelle M. Smith
Clerk of the Superior Court

DATED: 07/11/2022
Name of Defendant to Be Served: JB Hunt
Address of Defendant to Be Served: 9200 East 146st St., Noblesville, IN 46060

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

WHEREFORE, plaintiff, Kevin Schweer, demands judgment against defendant, Sandy Alusine, for compensatory damages, consequential damages together with attorneys' fees, costs, prejudgment interest and such other relief as the court may deem just and proper.

## SECOND COUNT

1. Plaintiffs repeat, reiterate, and incorporate by reference the allegations contained in Count One of the Complaint as if set forth at length herein.

2. At all times relevant hereto, defendant, Sandy Alusine, was acting in the course of his employ with defendant, JB Hunt Transport.

3. Defendant, JB Hunt Transport, is vicariously liable for the careless, reckless and negligent acts of its employee, Sandy Alusine, as the result of which plaintiffs have been damaged.

WHEREFORE, plaintiff, Kevin Schweer, demands judgment against defendant, JB Hunt Transport, for compensatory damages, consequential damages together with attorneys' fees, costs, prejudgment interest and such other relief as the court may deem just and proper.

## THIRD COUNT

1. Plaintiffs repeat, reiterate, and incorporate by reference the allegations contained in Counts One and Two of the Complaint as if set forth at length herein.

2. At all times relevant hereto, plaintiff, Kim Schweer, was the spouse of plaintiff, Kevin Schweer.

3. As a direct and proximate result of the carelessness, recklessness and negligence of the defendants, and each of them, plaintiff, Kim Schweer, has been and will be required to expend large sums of money in order to effectuate a cure for her husband, has and will lose the services of her husband and has otherwise been damaged.

### CERTIFICATION NO OTHER ACTION PENDING

I certify, pursuant to R. 4:5-1(b)(2) that the matter in controversy is not the subject of any other action or arbitration proceeding, nor are they contemplated. To the best of my knowledge and information, no other parties should be joined in this action.

_____
Russell Macnow, Esq.
Attorney for Plaintiffs

DATED: June 14, 2022

### DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of R. 4:25-4, the Court is advised that Russell Macnow, Esq., is hereby designated as trial counsel.

_____
Russell Macnow, Esq.
Attorney for Plaintiffs

```
OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER        NJ 08754
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 504-0700
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:    JUNE 15, 2022
                        RE:      SCHWEER KEVIN   VS ALUSINE SANDY
                        DOCKET:  OCN L -001260 22

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARK A. TRONCONE

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    002
AT:  (732) 504-0700 EXT 64366.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                  ATT: LAUREN PAPALEO
                                  RUSSELL MACNOW, LLC
                                  265 ROUTE 34
                                  SUITE E
                                  COLTS NECK       NJ 07722


ECOURTS
```